UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

RECEIVED

2007 NOV 15 A 10:02

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff ) | 07cr3123 WQH |
| vs. ) | CRIMINAL NO. 07mj2491 |
| Jose Angel Daniel-Estrada ) | ORDER RELEASING MATERIAL WITNESS |
| Defendant(s) ) | Booking No. 05307298 |

On order of the United States District/Magistrate Judge, William McCurine, Jr.

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Araceli Gomez-Garcia

DATED: 11-15-07

William McCurine, Jr.

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED ______________ DUSM

OR

W. SAMUEL HAMRICK, JR. Clerk

by [signature]

Deputy Clerk

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

★ U.S. GPO: 2003-581-774/70082