AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | |
|---|---|
| v. | **WAIVER OF INDICTMENT** |
| JOSE ANGEL DANIEL-ESTRADA | CASE NUMBER: 07cr3123-WQH |

I, JOSE ANGEL DANIEL-ESTRADA, the above-named defendant, who is accused of committing the following offenses:

> Inducing and Encouraging Illegal Aliens to Enter and Aiding and Abetting, on or about October 17, 2007, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(iv) and (v)(II) (Felony).

being advised of the nature of the charges, the proposed information, and of my rights, hereby waive in open court on  11/15/07  prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Defense Counsel for

Before _____
         Judicial Officer